Nicholas J. Neidzwski, OSB No. 172584
BoatLaw, LLP
1440 10th Street, Suite 102-C
Bellingham, WA 98225
Telephone: (360) 671-6711
Fax: (360) 647-2943
E-mail: nick@boatlaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KATELINDE PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TIBURON FISHERIES, LLC, a corporation;<br><br>Defendant. | Case No.:<br><br>**SEAMAN'S COMPLAINT FOR MARITIME PERSONAL INJURIES, MAINTENANCE AND CURE, AND DEMAND FOR JURY TRIAL** |

Plaintiff Katelinde Price ("Plaintiff") by and through the undersigned counsel, alleges as follows:

## **GENERAL ALLEGATIONS**

1. Plaintiff is a seaman and brings this action pursuant to the provisions of 28 U.S.C. § 1916 without prepayment of fees and costs and without deposit of security



**BoatLaw, LLP**
1440 10th Street, Suite 102-C
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

therefore.

2. This action is brought under the admiralty and maritime law as modified by the Jones Act, 46 U.S.C. §30104, *et seq*., the General Maritime Law, and all other applicable statutes and laws. This Court has jurisdiction pursuant to 46 U.S.C. §30104.

3. At all times material hereto, Plaintiff was and is a resident of Lane County, Oregon.

4. At all times material hereto, Defendant Tiburon Fisheries, LLC (hereafter "Defendant"), was and is a corporation doing business in Benton County from its principal place of business in Corvallis, Oregon.

5. At all times material hereto, the F/V CAP ELZA, official number 521054, (hereafter the "Vessel"), was an American-flagged crabbing vessel operating upon the navigable waters of the United States and the high seas.

6. At all times material hereto, Defendant owned, operated, maintained, manned, and controlled the Vessel.

7. At all material times, Plaintiff was in the employ of Defendant as a seaman and member of the crew in service of the Vessel.

8. On or about January 1, 2026, Plaintiff was working onboard the Vessel with another crewmember to pull a line into the crab block. As Plaintiff got the tail end of the line into the crab block, another crewmember bumped into the valve that engaged the block, causing it to pull the line the opposite way. Plaintiff's left hand was then pulled



**BoatLaw, LLP**
1440 10th Street, Suite 102-C
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

backward through the block, pulling her body with it, until the other crewmember was able to disengage the block.

9. Due to the incident, Plaintiff sustained severe injuries, *inter alia*, to her left hand, fingers, arm, and body, including the partial amputation of the third and fourth fingertips on her left hand.

**FIRST CLAIM:**
**JONES ACT NEGLIGENCE**

10. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 9 set forth above.

11. On or around January 1, 2026, while Plaintiff was engaged in the course of her duties in the service of the Vessel, Defendant was negligent in, among other things:

a) Causing, allowing, and permitting the Vessel and its appurtenances to be operated in such a manner as to unreasonably endanger Plaintiff's safety;

b) Causing, allowing, and permitting the Vessel, including its appurtenances, to be in a dangerous, defective, and hazardous condition;

c) Failing to warn Plaintiff of the impending dangers, including but not limited to, failing to warn Plaintiff of the activation of the block and sea conditions that could cause the other crewmember to bump into the valve;



**BoatLaw, LLP**
1440 10th Street, Suite 102-C
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

d) Failing to provide a seaworthy vessel and a safe method of operation;

e) Failing to provide Plaintiff with a safe place in which to work;

f) Failing to promulgate and enforce proper and safe rules of seamanship in the supervision and conduct of the work;

g) Failing to provide sufficient and competent officers and co-employees, and failing to adequately and sufficiently train the same, including but not limited to allowing an inexperienced crewmember to work the block;

h) Failing to supply proper gear and equipment, and to maintain the same in proper order;

i) Failing to provide opportunity for prompt, proper, and adequate medical treatment after learning of Plaintiff's injuries;

and otherwise acted so negligently as to cause Plaintiff to sustain severe injuries, *inter alia*, to her left hand, fingers, arm, and body as well as shock and injury to her nervous system and person.

12. As a result of said conduct, Plaintiff was hurt and injured in her health, strength, and activity, sustaining injury to her body and shock and injury to her nervous system and person, all of which said injuries have caused and continue to cause Plaintiff great mental, physical, and nervous pain and suffering, and Plaintiff alleges upon



**BoatLaw, LLP**
1440 10th Street, Suite 102-C
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

information and belief that said injuries will result in some permanent disability to Plaintiff, all to her general damage according to proof.

13. As a further result of said conduct, Plaintiff was required to and did employ physicians and other health care providers for medical examination, care, and treatment of said injuries, and Plaintiff alleges upon information and belief that she may require such services in the future. The cost and reasonable value of the health care services received and to be received by Plaintiff is presently unknown to her, and Plaintiff prays leave to insert the elements of damages in this respect when the same are finally determined.

14. As a further result of said conduct, Plaintiff has suffered and will continue in the future to suffer loss of income and earning capacity in a presently unascertained sum, and Plaintiff prays for leave to insert the elements of damage in this respect when the same are finally determined.

## SECOND CLAIM:
## UNSEAWORTHINESS

15. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 14 set forth above.

16. On or about January 1, 2026, while Plaintiff was engaged in the course of her duties in the service of the Vessel, the Vessel was unseaworthy in that, among other things:



**BoatLaw, LLP**
1440 10th Street, Suite 102-C
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

a) The Vessel and her appurtenances were being operated in such a manner as to unreasonably endanger Plaintiff's safety;

b) The Vessel and her appurtenances were in a dangerous, defective, and hazardous condition;

c) The place where Plaintiff was required to work was unsafe;

d) Sufficient and competent officers and co-employees were lacking;

e) Sufficient and safe gear and equipment in proper working order were lacking;

f) Work in progress was being conducted by unsafe methods without sufficient and properly trained personnel and without adequate supervision;

and the Vessel was otherwise so unseaworthy as to cause Plaintiff to sustain severe injuries, *inter alia*, to her left hand, fingers, arm, and body, as well as shock and injury to her nervous system and person, resulting in Plaintiff's damages set forth in paragraphs 12 through 14.

**THIRD CLAIM:**
**MAINTENANCE, CURE, AND UNEARNED WAGES**

17. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 16 set forth above.

18. Upon Plaintiff becoming injured, ill, and disabled as aforesaid, it became the duty of Defendant to apprise Plaintiff of her right to seamen's benefits (maintenance,



**BoatLaw, LLP**
1440 10th Street, Suite 102-C
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

cure, and unearned wages), to promptly authorize and pay for cure, to promptly afford and authorize Plaintiff the opportunity to receive cure, and to promptly pay Plaintiff the expenses of her maintenance and cure, as well as her wages to the end of the period of employment for which Plaintiff was engaged, but Defendant unreasonably and callously neglected to do so, despite knowledge of Plaintiff's continuing disability.

19. Plaintiff is entitled to maintenance and cure on a continuing basis until such time as she reaches maximum medical improvement. Plaintiff's injuries required, and will in the future require medical care

20. By reason of the premises, Plaintiff has been damaged in sums according to proof for past and future maintenance and cure, and unearned wages, the precise amounts of which are presently unascertained, and Plaintiff prays leave to insert the elements of damages in this respect when the same are finally determined.

21. By reason of said wrongful and willful disregard of Plaintiff's right to maintenance, cure, and unearned wages, Plaintiff was forced to engage the services of counsel and has incurred, and will continue to incur, attorneys' fees and expenses for which Plaintiff is entitled to recover.

22. By reason of said wrongful and willful disregard of Plaintiff's right to maintenance, cure, and unearned wages, Plaintiff suffered damages set forth in paragraphs 12 through 14.

WHEREFORE, Plaintiff prays judgment against Defendant, as follows:

a) For general damages according to proof;



**BoatLaw, LLP**
1440 10th Street, Suite 102-C
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

b) For all expenses, past and future, for healthcare providers according to proof;

c) For all loss of income and earning capacity, past and future, according to proof;

d) For maintenance, cure, and unearned wages according to proof;

e) For reasonable attorneys' fees and expenses;

f) For punitive damages according to general maritime law;

g) For prejudgment interest according to general maritime law;

h) For Plaintiff's costs of suit incurred herein; and

i) For such other and further relief as this Court deems just.

DATED this 2nd day of October 2026.

BOATLAW, LLP

NICHOLAS J. NEIDZWSKI, OSB No. 172584
1440 10th St., Suite 102-C
Bellingham, WA 98225
Telephone: 360-671-6711
Telefax: 360-647-2943
E-mail: nick@boatlaw.com
*Attorney for Plaintiff*

**DEMAND FOR JURY TRIAL**

Plaintiff, Katelinde Price, hereby demands trial by jury of the above-captioned case.

DATED this 2nd day of October 2026.

BOATLAW, LLP

_______________________________

NICHOLAS J. NEIDZWSKI, OSB No. 172584
1440 10th St., Suite 102-C
Bellingham, WA 98225
Telephone: 360-671-6711
Telefax: 360-647-2943
E-mail: nick@boatlaw.com
*Attorney for Plaintiff*